FIRST METHODIST CHURCH OF SAN LEANDRO
ET AL. *v.* HORSTMANN, ASSESSOR OF ALA-
MEDA COUNTY, CALIFORNIA, ET AL.

No. 485.   Decided June 30, 1958.

*Stanley A. Weigel, Lawrence Speiser* and *Frank B. Frederick* for appellants.

*J. F. Coakley* for appellees, and *Arthur M. Carden* for the City of San Leandro, appellee.

PER CURIAM.

The judgment is reversed.   No. 382, *First Unitarian Church of Los Angeles* v. *County of Los Angeles, ante,* p. 545; No. 385, *Valley Unitarian-Universalist Church, Inc.,* v. *County of Los Angeles, ante,* p. 545; No. 483, *Speiser* v. *Randall, ante,* p. 513, and No. 484, *Prince* v. *City and County of San Francisco, ante,* p. 513, decided this day.

MR. JUSTICE CLARK dissents for the reasons set forth in his dissenting opinions in Nos. 382 and 385, and Nos. 483 and 484, decided this day.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.